FRED NANN, as President of Local Union No. 3 of the Amalgamated Food Workers, Respondent, *v.* LASAR RAIMIST, as Treasurer of Local No. 500 of the Bakery and Confectionery Workers' International Union of America, Appellant.

(Submitted November 17, 1930; decided November 19, 1930.)

*Bruce R. Duncan* for motion.
*Charles H. Kelby* opposed.

Motion denied, without costs.